IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16CR3042 |
| vs. | |
| ROBERT B. TIPTON, | ORDER |
| Defendant. | |

Based on the representations of counsel, the case will likely be resolved by a plea of guilty. Accordingly,

IT IS ORDERED:

1) A status conference will be held at 10:30 a.m., on May 12, 2016 in Courtroom 4, United States Courthouse, Lincoln, Nebraska before the undersigned magistrate judge to discuss case progression and a potential trial setting. The defendant, defense counsel, and the counsel for the government shall be present for the hearing.

2) On or before May 2, 2016, counsel shall confer and accomplish reciprocal discovery in accordance with NECrimR 16.1 and Fed.R.Crim.P. 16. Counsel shall disclose discovery as it becomes available and the United States Attorney shall disclose <u>Brady v. Maryland</u> (and its progeny) material as soon as practicable.

3) The time between today's date and May 12, 2016 is not excluded under the Speedy Trial Act.

April 25, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge